**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| LARISSA NOVOA,<br><br>       Plaintiff,<br><br>   v.<br><br>CHIPOTLE MEXICAN GRILL, INC.,<br><br>     Defendant. | CASE NO. 3:21-cv-00271-B |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff Larissa Novoa and Defendant Chipotle Mexican Grill, Inc. (hereinafter collectively referred to the "Parties"), and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree to the DISMISSAL WITH PREJUDICE of this action, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this 29th day of April, 2021.

*/s/ Ricardo J. Prieto (w/ express permission)*
Ricardo J. Prieto, Esq.
State Bar No. 24062947
SHELLIST LAZARZ SLOBIN LLP
11 Greenway Plaza, Suite 1515
Houston, TX 77046
Telephone: (713) 621-2277
Facsimile: (713) 621-0993
rprieto@eeoc.net

*Attorney for Plaintiff Larissa Novoa*

*/s/ Elizabeth Bulat Turner*
Elizabeth Bulat Turner (admitted *pro hac vice*)
Bar I.D. GA 558428
Robert J. Mollohan, Jr. (admitted *pro hac vice*)
Bar I.D. GA 984253
MARTENSON, HASBROUCK & SIMON LLP
2573 Apple Valley Road NE
Atlanta, GA 30319
Telephone: (404) 909-8100
Facsimile: (404) 909-8120
bturner@martensonlaw.com
rmollohan@martensonlaw.com

-and-

Shannon D. Norris
State Bar No. 00788129
Norris Law Firm PLLC
735 Plaza Boulevard, Suite 200

Coppell, TX 75019
Telephone: (214) 396-4700 x110
Facsimile: (214) 396-4777
sdnorris@norrisfirm.com

*Attorneys for Defendant Chipotle Mexican
Grill, Inc.*